

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00425-CV

In the Interest of **J.J.O.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00377
The Honorable Todd Alexander Blomerth, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED October 31, 2018.

_____
Karen Angelini, Justice